Form 7A-1

UNITED STATES COURT OF INTERNATIONAL TRADE            FORM 7A

| | |
|---|---|
| NANNING ZHONGLI PARTS CO. LTD.,<br><br>                                          Plaintiff,<br>           v.<br>The UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; JAMIESON GREER, in his official capacity as United States Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce,<br><br>                                          Defendant. | Court No. 26-cv-01654 |

NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 3/13/2026

/s/Eric R. Rock
Signature of Plaintiff's Attorney

Eric R. Rock
Attorney for Plaintiff

Rock Trade Law LLC
Firm

134 North LaSalle Street, Suite 1800
Street Address

Chicago, Illinois  60602
City, State and Zip Code

312-824-6191
Telephone Number

erock@rocktradelaw.com
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____            Clerk, U. S. Court of International Trade

                                                            By: _____
                                                                          Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
       Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)